UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WORD APE LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PAWICO,<br><br>　　　　　　　Defendant. | No.  2:20-CV-1768-RAJ-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's Ex Parte Motion for Alternative Service (Dkt. 8) is granted.

(3)　The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 26th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

_____

ORDER ADOPTING REPORT AND RECOMMENDATION- 1